Erwin A. Keith, Respondent, v. Daniel F. Payne, Appellant.— Judgment and order affirmed, with costs. All concurred, except Kellogg and Howard, JJ., who dissented.

In the Matter of the Final Judicial Settlement of the Account of Frederick F. Pruyn, as Administrator, etc., of Dewitt C. Holland, Deceased. Motion granted; the administrator having agreed in open court that if the contestants will file objections to the account, or more accurately an answer, he will stipulate that they may at any time during the trial of the proceeding amend the answer in any respect that they deem meet, to charge the administrator in any way that occurs to them; and that the counsel for said administrator will not interpose objection to the form or substance of any question they seek to ask said administrator.

In the Matter of Aaron Stanley Bliss.— The issues presented upon the charges made, and the answer filed, are hereby referred to Hon. Charles B. Swartwood, to hear the evidence and report thereon, with his conclusions to this court. Harold D. Alexander, district attorney of Albany county, is hereby appointed to represent the People in such proceeding.

In the Matter of the Application of Clifton D. Spear, Respondent, for a Writ of Mandamus. James Collins, as Town Superintendent of Highways of the Town of Willsboro, Essex County, New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Charges Preferred against Charles Eddinger, Superintendent of the Fire Alarm System of the City of Watervliet, New York, Appellant. Charles M. Angus, Commissioner of Public Safety of the City of Watervliet, New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The New York Central and Hudson River Railroad Company v. General Electric Company.— Motion granted.

Lowell M. Palmer and Others, Claimants, Respondents, v. The State of New York, Appellant.— Motion for reargument denied upon the ground that in the absence of the Attorney-General from his office it was necessary, in order to limit the time to appeal, to serve upon a Deputy Attorney-General, if present, and in case of the absence of both the Attorney-General and Deputies only is service authorized upon the clerk. Motion for leave to appeal to the Court of Appeals granted, and question certified: Was the service of the copy judgment of the Court of Claims herein, with notice of the clerk of the entry thereof on the 30th day of March, 1915, sufficient to set running the time within which the State was required to appeal, so as to render the service of a notice of appeal after the lapse of thirty days from the time of service of such judgment and notice of entry ineffectual? Howard, J., dissented from denial of motion for reargument.

The People of the State of New York ex rel. Bath Electric and Gas Light Company, Relator, v. The Public Service Commission of the State of New York, Second District, and the Trustees of the Village of Bath, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.